UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-22375-RAR

BARBARA DINES,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

## [PROPOSED] ORDER GRANTING LEAVE TO CONDUCT MEDIATION BY VIDEO-CONFERENCE

The parties hereto have filed a Joint Motion for Mediation by Video-Conference [ECF No. ___] pursuant to LCR 16.2 and this Court's Order [ECF No. 14]. Being fully advised, we hereby

**ORDER and ADJUDGE** that:

1. The parties' joint motion for leave to conduct mediation by video-conference is **GRANTED.**

**DONE AND ORDERED** in the Southern District of Florida on August ___, 2024.

_____
RODOLFO A. RUIZ II
United States District Court Judge

Copies furnished to:
Counsel of Record